Cliff W. Marcek, Esq.
Nevada Bar No. 5061
CLIFF W. MARCEK, P.C.
700 S. Third Street
Las Vegas, NV 89101
Telephone : (702) 366-7076
Facsimile : (702) 366-7078
Email     : cwmarcek@marceklaw.com

Attorney for Plaintiff
VICKI NIHART

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICKI NIHART, an Individual,<br><br>　　　　　　　　Plaintiff,<br>v.<br>NATIONAL PARK SERVICE, a division of the UNITED STATES DEPARTMENT OF INTERIOR, and DOES I through X,,<br><br>　　　　　　　　Defendants. | Case No.:　2:12-cv-291-APG-GWF<br>**O R D E R**<br>**MOTION TO ALLOW DR. KURUVILLA TO CLARIFY TESTIMONY BY AFFIDAVIT OR ALTERNATIVELY TO RECALL DR. KURUVILLA TO TESTIFY TELEPHONICALLY AND MOTION FOR ORDER SHORTENING TIME TO RESPOND TO THIS MOTION** |

**MOTION TO ALLOW DR. KURUVILLA TO CLARIFY TESTIMONY BY AFFIDAVIT OR ALTERNATIVELY TO RECALL DR. KURUVILLA TO TESTIFY TELEPHONICALLY AND MOTION FOR ORDER SHORTENING TIME TO RESPOND TO THIS MOTION**

/ / /

/ / /

/ / /

COMES NOW Plaintiff Vicki Nihart, by and through her attorney of record, Cliff W. Marcek, Esq., and hereby brings this **MOTION TO ALLOW DR. KURUVILLA TO CLARIFY TESTIMONY BY AFFIDAVIT OR ALTERNATIVELY TO RECALL DR. KURUVILLA TO TESTIFY TELEPHONICALLY AND MOTION FOR ORDER SHORTENING TIME TO RESPOND TO THIS MOTION** on October 3, 2014.

Dated this 22 day of September, 2014.

CLIFF W. MARCEK, P.C.

_____
Cliff W. Marcek, Esq.
Nevada Bar No. 5061
700 S. Third Street
Las Vegas, NV 89101
Telephone : (702) 366-7076
Facsimile  : (702) 366-7078
Email       : cwmarcek@marceklaw.com

Attorney for Plaintiff
VICKI NIHART

# PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HER MOTION TO ALLOW DR. KURUVILLA TO CLARIFY TESTIMONY BY AFFIDAVIT OR ALTERNATIVELY TO RECALL DR. KURUVILLA TO TESTIFY TELEPHONICALLY AND MOTION FOR ORDER SHORTENING TIME TO RESPOND TO THIS MOTION

On August 28, 2014 Plaintiff called Dr. Thomman Kuruvilla to testify about the treatment she received. Throughout Dr. Kuruvilla's direct testimony and cross examination Dr. Kuruvilla expressed that Ms. Nihart had not experienced pain in the right foot prior to the accident August 15, 2010 at the Callville Bay Low Water Boat Launch Ramp. Toward the end of his redirect testimony, Dr. Kuruvilla made a comment regarding chronic pain in the right foot.

After speaking with Dr. Kuruvilla to clarify the inconsistent statements, it was determined that Dr. Kuruvilla misspoke when he testified about chronic pain. His intention was to comment on the hammertoe being a chronic condition rather than expressing that Plaintiff had experienced chronic pain in her right foot.

Plaintiff seeks to have Dr. Kuruvilla clarify the discrepancy of his testimony on the record. Due to the nature of Dr. Kuruvilla's profession it is highly inconvenient on him and his clients to require him to appear in person to clarify this minor discrepancy in his testimony. Plaintiff expects that the total time required to clarify this discrepancy and any subsequent cross-examination would be fifteen minutes or less.

This trial is scheduled to resume on October 3, 2014. Dr. Kuruvilla has surgeries scheduled for that date. It would be highly inconvenient to both him and his patients to require him to appear in court.

It is within the discretion of the Judge to allow a witness to be recalled for the purposes of clarifying testimony. See *Great Lakes Airlines, Inc. v. Civil Aeronautics Board*, 291 F.2d 354, 364 (9th Cir. 1961). Plaintiff respectfully requests that this Court allow Dr. Kuruvilla to clarify the discrepancy in his testimony by providing the court with an affidavit on this issue. Alternatively, Plaintiff requests Dr. Kuruvilla be allowed to testify telephonically on this issue.

Additionally, Plaintiff seeks an Order Shortening Time for Defendant to Respond to this Motion due to the impending necessity to have this issue resolved.

Dated this 22 day of September, 2014.

CLIFF W. MARCEK, P.C.

_____
Cliff W. Marcek, Esq.
Nevada Bar No. 5061
700 S. Third Street
Las Vegas, NV 89101
Telephone : (702) 366-7076
Facsimile  : (702) 366-7078
Email       : cwmarcek@marceklaw.com

Attorney for Plaintiff
VICKI NIHART

**ORDER**

_____ IT IS SO ORDERED that Dr. Thomman Kuruvilla be allowed to clarify his testimony through an affidavit to this Court.

_____ IT IS SO ORDERED that Plaintiff be allowed to recall Dr. Thomman Kuruvilla and have him testify telephonically on _____(month) _____ (day), 2014.

☒ **IT IS ORDERED** that Defendant respond to Plaintiff's Motion no later than September 29, 2014.

Dated: September 23, 2014.

_____
UNITED STATES DISTRICT JUDGE

Page 4 of 5