**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| VICKI NIHART,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL PARK SERVICE, *et al.,*<br><br>　　　　　　　　　　Defendants. | Case No. 2:12-cv-00291-APG-GWF<br><br>**JUDGMENT** |

Based upon the Findings of Fact and Conclusions of Law previously entered, Judgment is hereby entered in favor of plaintiff Vicki Nihart and against Defendants in the amount of $38,676.36.

Dated: October 21, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE